IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

THOMAS BRYANT, JR.,

    Petitioner,

vs.

JOSE VAZQUES, Warden,

    Respondent.

CIVIL ACTION NO.: CV205-097

## ORDER

Petitioner, an inmate at the Federal Correctional Institution in Jesup, Georgia, has filed an action under 28 U.S.C. § 2241.

The United States Marshal is hereby directed to serve a copy of the Petition and a copy of this Order upon: (1) the Attorney General of the United States; (2) the named Respondent; and (3) the United States Attorney for the Southern District of Georgia. Pursuant to Rule 4(i) of the Federal Rules of Civil Procedure, personal service shall be perfected upon the United States Attorney. Pursuant to Fed. R. Civ. P. 4(i) service may be perfected upon the Attorney General of the United States and upon Respondent by registered or certified mail.

Respondent is hereby ordered to show cause, in writing, why the Petitioner's writ should not be granted by filing a return and response with the Clerk of Court, Post Office Box 1636, Brunswick, Georgia, 31521, within twenty (20) days of the date of service.

SO ORDERED, this 16th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

BRYANT  )

vs  )  CASE NUMBER  CV205-97

VAZQUES  )  DIVISION  BRUNSWICK

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 5/16/05, which is part of the official record of this case.

Date of Mailing: 5/16/05

Date of Certificate  [X] same date,  or _____

Scott L. Poff, Clerk

By: _____
Sherry Taylor, Deputy Clerk

**Name and Address**

Thomas Bryant, FCI, 2680 Highway 301 S, Jesup, GA 31599
USM 285 forms (3)

- [ ] Copy placed in Minutes
- [ ] Copy given to Judge
- [X] Copy given to Magistrate