IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

THOMAS BRYANT, JR.,

    Petitioner,

vs.

JOSE VAZQUES, Warden,

    Respondent.

CIVIL ACTION NO.: CV205-097

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Respondent's Motion to Dismiss is **GRANTED**. The petition for writ of *habeas corpus*, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. Petitioner's Motion for Summary Judgment and/or Partial Summary Judgment is also **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

SO ORDERED, this 31st day of October, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA